# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-1299

_____

DELANIE J. BATTLE-DONSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Proceedings.

August 11, 2026

PER CURIAM.

DISMISSED.

BILBREY, TREADWELL, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Delanie J. Battle- Donson, pro se, Petitioner.

No appearance for Respondent.